FILED

01/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0505

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0505

_____

JOEL WALBERG,

      Petitioner and Appellant,

   v.                                                  O R D E R

STATE OF MONTANA,

      Respondent and Appellee.

_____

Upon review of the Appellant's Second Motion for Additional Time for Filing Opening Brief, and there being no objection,

IT IS ORDERED that the Appellant is GRANTED an additional thirty (30) days from the original due date to file the Opening Brief. The Opening Brief will be due February 22, 2021.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
January 20 2021